## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**EGNYTE, INC.,**<br><br>　　　　　　Defendant. | C.A. NO. 1:17-cv-01167-RGA<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

### ORDER

The Agreed Motion to Dismiss Egnyte, Inc. with Prejudice, which requests dismissal of all claims and counterclaims asserted between Plaintiff Orostream LLC and Defendant Egnyte, Inc., is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Orostream LLC and Defendant Egnyte, Inc. are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

SO ORDERED, this ___11___ day of ___January___, 2018.

_____
United States District Court Judge